UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS TILLMAN,

        Plaintiff,                    Case No. 1:13-cv-297

v.                                          HON. JANET T. NEFF

ERICA HUSS, et al.,

        Defendants.
_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Injunctive Relief (Dkt 67). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 17, 2014 recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 68) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (Dkt 67) is DENIED.


Dated: October 14, 2014                          /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge