UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVIS TILLMAN,

    Plaintiff,                                                          Case No. 1:13-cv-297

v.                                                                                      HON. JANET T. NEFF

JOSEPH NOVAK, et al.,

    Defendants.
_____/

### ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Rutgers filed a Motion for Summary Judgment (Dkt 86). Plaintiff filed a Motion for Rule 56(f) Continuance (Dkt 99). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on August 6, 2015, recommending that this Court grant Defendant's motion, deny Plaintiff's motion, and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 108) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Rutgers' Motion for Summary Judgment (Dkt 86) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Rule 56(f) Continuance (Dkt 99) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: August 31, 2015    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge